IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiffs,<br><br>vs.<br><br>MANI PANOAM DENG<br><br>                Defendant. | Case No. 4:23mj3041<br><br>ORDER |

Before the Court is the request for transcript of hearings held on April 4, 2023 regarding the Initial Appearance on Rule 5 documents[4].

IT IS ORDERED:

1. The request for transcript, filing [12] is granted.

2. Derek R. LaBrie, is ordered to pay to the Clerk the amount of $119.90. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $119.90, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearings held on April 4, 2023. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be e-mailed to the requestor.

DATED: April 25, 2023

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge